No. 91–2047. NORWEST BANK DULUTH, N. A., ET AL. *v.* MC-CLUNG, MINNESOTA COMMISSIONER OF REVENUE, ET AL. Sup. Ct. Minn. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harper* v. *Virginia Dept. of Taxation, ante,* p. 86.

No. 91–6745. RICHARDSON *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Texas, ante,* p. 350.

No. 91–8105. EARHART *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Texas, ante,* p. 350.

No. 91–8435. GRANVIEL *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Texas, ante,* p. 350.

No. 92–335. ALABAMA *v.* LEIGHTON. Ct. Crim. App. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Dixon, ante,* p. 688.

No. 92–451. RENO, ATTORNEY GENERAL, ET AL. *v.* PERALES ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reno* v. *Catholic Social Services, Inc., ante,* p. 43.

No. 92–521. DUFFY ET AL. *v.* WETZLER ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harper* v. *Virginia Department of Taxation, ante,* p. 86.